UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

---

Dennis N. Richardson and
Susan F. Richardson,

Plaintiffs,

v.

Kit Arom, M.D. and Cardiac
Surgical Associates, P.A.,

Defendants.

Civil Action No. 01-CV-542 ADM/SRN

**ORDER FOR EXTENSION OF TIME TO ANSWER**

---

The above-entitled matter came for hearing before the Honorable Ann D. Montgomery, Judge of United States District Court.

NOW, having duly considered the arguments and memoranda of counsel, the documents and proceedings herein, together with the applicable law,

IT IS ORDERED THAT,

1. Defendant Cardiac Surgical Associates, P.A. is granted an extension of time in which to Answer plaintiffs' Complaint so as to make it timely answered.

DATED: May 2, 2001

BY THE COURT

Judge Ann D. Montgomery

FILED MAY 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK