UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS N. RICHARDSON and
SUSAN F. RICHARDSON,

Plaintiffs,

v.

KIT AROM, M.D. and CARDIAC SURGICAL
ASSOCIATES, P.A.,

Defendants.

ORDER

Civil No. 01-542(ADM/SRN)

---

Defendants have filed a Notice of Appeal of Magistrate Judge's Order of February 6, 2002, in the above matter and that motion will be taken under advisement.

Defendant's have also filed a Motion for Leave to File Revised Brief in the above matter. IT IS HEREBY ORDERED that this motion is GRANTED.

Dated: February 25, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK