UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dennis N. Richardson and
Susan F. Richardson,

Plaintiffs,

v.

Kit Arom, M.D. and Cardiac
Surgical Associates, P.A.,

Defendants.

Civil Action No. 01-CV-542 ADM/SRN

**ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS**

---

NOW, pursuant to stipulation of the counsel of record in this case,

IT IS ORDERED THAT defendants shall have until April 21, 2002 to serve their responses to plaintiffs' discovery requests served subsequent to this Court's Order granting plaintiffs' leave to amend their Complaint to add a claim for punitive damages.

DATED: March 27, 2002

BY THE COURT

Susan Richard Nelson

Magistrate Judge Susan Richard Nelson

MAR 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK