UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dennis N. Richardson and
Susan F. Richardson,

Plaintiffs,

v.

Kit Arom, M.D. and Cardiac
Surgical Associates, P.A.,

Defendants.

Civil Action No. 01-CV-542 ADM/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED by the parties hereto, through the undersigned, their respective attorneys, that all claims, cross-claims and third-party claims may be and hereby are dismissed on the merits and with prejudice, but without costs or disbursements to any of the parties hereto. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to enter a dismissal of said action.

Date: 12-18-02

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

By [signature]
William M. Fishman (#29646)
Attorneys for Plaintiffs
485 Northstar East
608 Second Avenue South
Minneapolis MN 55402
(952)546-6000

DEC 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 12-18-02

BURKE & THOMAS

By ______________________
Richard J. Thomas (#137327)
Bryon G. Ascheman (#237024)
Attorneys for Defendants
3900 Northwoods Drive
Suite 200
St. Paul, MN 55112
(651)490-1808

***ORDER FOR JUDGMENT OF DISMISSAL***

Based upon the foregoing Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that the within action be dismissed with prejudice, without costs or disbursements to the parties herein.

Dated: December 20, 2002

**BY THE COURT:**

______________________
JUDGE OF THE DISTRICT COURT
**ANN D. MONTGOMERY**